1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    GARY DALE POOLE,                    Case No. 1: 17-cv-01402-DAD-EPG (PC)

10                        Plaintiff,      **REQUEST FOR FRESNO COUNTY
          v.                             SHERIFF'S OFFICE TO RESPOND TO
11                                        PLAINTIFF'S ALLEGATIONS
     MARGARET MIMS, *et al.*,             REGARDING LACK OF MEDICAL CARE**
12                       Defendants.      (ECF NO. 1)

13                                        **ORDER DIRECTING CLERK TO SEND A
                                          COPY OF THIS ORDER AND PLAINTIFF'S
14                                        COMPLAINT TO FRESNO COUNTY
                                          SHERIFF'S OFFICE AND THE FRESNO
15                                        COUNTY COUNSEL**

16                                        **TWENTY-ONE (21) DAY DEADLINE**

17

18

19        Gary Dale Poole ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this

20   civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing

21   this action on October 18, 2017. (ECF No. 1).  Plaintiff alleges that he is not receiving adequate

22   medical care.

23        While the complaint has not yet been screened, because of the nature of Plaintiff's

24   allegations, the Court will request a response from Fresno County Sheriff's Office regarding the

25   medical care, if any, that Plaintiff is currently receiving for his medical needs.[1]  This information

26

27   _____
     [1] *In re Arizona*, 528 F.3d 652, 659 (9th Cir. 2008) ("As a permissible option within its broad discretion, a district
28   court in an appropriate case can issue a *Martinez*-style order that is reasonably tailored to the pretrial needs of the
     district court to assess the case.").

will assist the Court in evaluating the Complaint and determining if it sets forth a constitutional claim.

Accordingly, the Court requests that, within twenty-one (21) days from the date of service of this order, Fresno County Sheriff's Office file a response regarding the medical care, if any, that Plaintiff is currently receiving.

Additionally, IT IS HEREBY ORDERED that the Clerk of Court is directed to serve Fresno County Sheriff's Office and the Fresno County Counsel with a copy of this order and a copy of Plaintiff's Complaint, (ECF No. 1).

IT IS SO ORDERED.

Dated:   **December 29, 2017**                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE