# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE POOLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Margaret Mims, *et al.*,<br><br>　　　　Defendant. | Case No. 1:17-cv-01402-DAD-EPG (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 13) |

On April 13, 2018, Plaintiff filed a notice of voluntary dismissal stating, "This is to inform you I quit this law-suit." (ECF No. 13). Thus, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i), (a)(1)(B); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated: __April 16, 2018__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1